IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF KANSAS

DENTON EUGENE LOUDERMILL JR.,   )
                                )
                Plaintiff,   )
                                )
v.                              )        Case No. 2:24-cv-2109
                                )
TIMOTHY FLOYD BURCHETT,     )
                                )
               Defendant.   )

**DESIGNATION OF PLACE OF TRIAL**

COMES NOW Plaintiff Denton Eugene Loudermill, Jr. by his counsel, and hereby designates Kansas City, Kansas as the place of trial.

Respectfully submitted,

LAW OFFICE OF ARTHUR A. BENSON II

By  s/ Arthur A. Benson II
Arthur A. Benson II #21107
4006 Central Avenue
Kansas City, Missouri  64111
(816) 531-6565
abenson@bensonlaw.com

and

LASSITER LAW AND JUSTICE, LLC

By s/ LaRonna Lassiter Saunders
LaRonna Lassiter Saunders  Ks# 21371
7111 W. 151st Street, #142
Overland Park, Kansas  66223
(913) 386-7893

(913) 538-0985 (telefacsimile)
Attorney@lassiterlawandjustice.com

and

KATRINA Y. ROBERTSON, LLC


By  s/ Katrina Y. Robertson
Katrina Y. Robertson  #78226
The Cable Building
1321 Burlington Street
Suite 600
North Kansas City, Missouri  64116
(816) 885-4974
(816) 817-4964 (telefacsimile)
kyr@kyrobertsonlaw.com

Attorneys for Plaintiff