**IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF KANSAS**

| | |
|---|---|
| DENTON E. LOUDERMILL, JR., *Plaintiff*, v. TIMOTHY F. BURCHETT, *Defendant*. | Case No. 2:24-cv-02109-JWB-ADM |

**DEFENDANT'S MOTION TO DISMISS FOR LACK OF
PERSONAL JURISDICTION AND IMPROPER VENUE**

Defendant Timothy F. Burchett, by and through counsel, pursuant F.R.C.P. 12(b)(2) and 12(b)(3), hereby submits his Motion to Dismiss Plaintiff's Complaint for Lack of Personal Jurisdiction and Improper Venue and states the following:

1.      Plaintiff Denton Loudermill was in attendance at the Kansas City Chiefs' Superbowl Victory Parade, when a mass shooting took place, injuring more than twenty children and adults and causing the death of a well-known local radio host, resulting in both chaos and a media frenzy as the nation focused its attention on this emergent matter of public concern. Compl. ¶ 2. Kansas City, Missouri Police Officers ran to the area and began clearing people from the crime scene, taping the area off. Compl. ¶ 14. Plaintiff found himself in close proximity to where the shooting occurred. Compl. ¶¶ 11-13. While there, Plaintiff admittedly interacted with law enforcement officers. That interaction resulted in Plaintiff being detained and placed in handcuffs, where he was seated on a curb for roughly ten minutes as he remained in police custody. Compl. ¶¶ 15-16. Unfortunately for Plaintiff, onlookers and media outlets began taking pictures and video recordings of Plaintiff, which images immediately went viral showing up on social media platforms

as well as most, if not all, major news media outlets[1], as news coverage linked Plaintiff to the shooting. Compl. ¶ 17; *see also* FN 1.

2.     Despite the fact the images and recordings of Plaintiff handcuffed in police custody had already been shared across the nation and even internationally, Plaintiff brings a single claim against Mr. Burchett, alleging Mr. Burchett placed Plaintiff in a false light when the next day he recirculated Plaintiff's photograph, making a post on X, formerly known as Twitter, about the shooting. Compl. ¶ 20.

3.     At the time Mr. Burchett made the February 15, 2024 post, he was located in the District of Columbia. The repost was intended to target a nationwide audience regarding the issue of illegal immigration and violence plaguing our nation's communities. Moreover, Mr. Burchett did not know the name of the individual photographed, now identified as Plaintiff Denton Loudermill. He also did not know that the individual was a resident of the State of Kansas.

4.     Mr. Burchett's reposting of an image of Plaintiff already seen by millions of people did not place Plaintiff in a false light and certainly does not establish jurisdiction. Neither Mr. Burchett's February 15th post nor his retraction made on the 19th of February were directed at the State of Kansas in any way. Further, those posts were not intended or expected to cause injury in Kansas.

5.     Mr. Burchett simply did not engage in any intentional act which was "expressly aimed" at the State of Kansas with "knowledge that the brunt of the injury would be felt" there.

---

[1]    *See, e.g.,* ABC News: https://www.youtube.com/watch?v=T1FBE4bFchQ (1:00); NBC News: https://www.youtube.com/watch?v=omEdiZyiDTQ (0:14; 0:32); CBS News: https://www.youtube.com/watch?v=4skCLNKcN-k (7:21; 14:36) and https://www.youtube.com/watch?v=jN7JaOThop0 (12:25); MSNBC News: https://www.youtube.com/watch?v=5UwR1DzpXjM (8:44); Inside Edition: https://www.youtube.com/watch?v=TbsQQqIGsCA (0:29) and https://www.youtube.com/watch?v=vkReHxJiC70; (0:45); BBC News: https://www.youtube.com/watch?v=FlFploRR_A4 (1:44); and The Guardian: https://www.youtube.com/watch?v=A6CKpitq_qE (1:21).

6. For these reasons, this Court lacks specific personal jurisdiction over Mr. Burchett because: he did not "purposefully direct" his activities at the State of Kansas; and because Plaintiff has failed to show Plaintiff's alleged injuries "arise out of" Mr. Burchett's forum-related activities.

7. Furthermore, this Court does not have general personal jurisdiction over Mr. Burchett because he is a resident and citizen of the State of Tennessee, and he has no contacts with the State of Kansas.

8. Finally, because the events which allegedly gave rise to Plaintiff's claim (the posting of the alleged inflammatory material) occurred outside the State of Kansas, venue is not appropriate in the United States District Court for the District of Kansas under 28 U.S.C. § 1391(b)(2).

In support of his Motion, Mr. Burchett is concurrently filing a memorandum of law setting forth the grounds for his Motion.

WHEREFORE, Defendant Timothy F. Burchett respectfully requests that this Court grant his Motion to Dismiss for Lack of Personal Jurisdiction and Improper Venue, dismissing Plaintiff's lawsuit in its entirety, as well as such other and further relief as this Court deems just and proper.

Respectfully submitted,

**BAKER, STERCHI, COWDEN & RICE, LLC**

*/s/ James S. Kreamer*
James Scott Kreamer                    #14374
Jacqueline M. Longfellow              #19878
2400 Pershing Road, Suite 500
Kansas City, Missouri 64108
Phone: (816) 471-2121; Facsimile: (816) 472-0288
Email: kreamer@bakersterchi.com
Email: jlongfellow@bakersterchi.com
***ATTORNEYS FOR DEFENDANT***

## CERTIFICATE OF SERVICE

       I hereby certify that a true and correct copy of the above and foregoing was filed with the Clerk of the Court using the CM/ECF system on this 1st day of May 2024, which will send access to a service copy to all counsel of record.

                                            */s/ James S. Kreamer*
                                            ***ATTORNEYS FOR DEFENDANT***