**IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF KANSAS**

DENTON E. LOUDERMILL, JR.,

*Plaintiff,*

v.

Case No. 2:24-cv-02109-JWB-ADM

TIMOTHY F. BURCHETT,

*Defendant.*

<u>INDEX OF EXHIBITS</u>

Exhibit A – Affidavit of Timothy F. Burchett

Respectfully submitted,

**BAKER, STERCHI, COWDEN & RICE, LLC**

/s/ *James S. Kreamer*
James Scott Kreamer                    #14374
Jacqueline M. Longfellow              #19878
2400 Pershing Road, Suite 500
Kansas City, Missouri 64108
Phone: (816) 471-2121; Facsimile: (816) 472-0288
Email: kreamer@bakersterchi.com
Email: jlongfellow@bakersterchi.com
***ATTORNEYS FOR DEFENDANT***